Dismissed and Memorandum Opinion filed November 29, 2007








Dismissed
and Memorandum Opinion filed November 29, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00614-CV

____________

 

JIMMY PROCTOR and MAINLAND MEDICAL
CENTER AUXILIARY, INC., d/b/a MAINLAND MEDICAL CENTER, Appellants

 

V.

 

KAY JEFFERS, as Representative of the ESTATE OF HATTIE
MAE SARVER, Appellee

 



 

On Appeal from the
122nd District Court

Galveston County,
Texas

Trial Court Cause
No. 06-CV-0773

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 3, 2007.  On November 16, 2007, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 29, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.